# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA WEAVER,<br><br>        Plaintiff,<br><br>        v.<br><br>PFIZER, INC., et al.,<br><br>        Defendants. | OLD CASE NO.: 2-14-cv-818-KJM-KJN<br>NEW CASE NO.: 1:17-cv-663-LJO-MJS<br><br>**ORDER RELATING AND REASSIGNING CASE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the actions entitled *Alanis v. Pfizer, Inc.*, No. 1:14-cv-365-LJO-MJS. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to Chief United States District Judge Lawrence J. O'Neill and United States Magistrate Judge Michael J. Seng with a new case number **1:17-cv-663-LJO-MJS**. All documents shall bear the new case number **1:17-cv-663-LJO-MJS** and the reassignment to Chief Judge O'Neill and Magistrate Judge Seng.

IT IS SO ORDERED.

    Dated: __May 15, 2017__             __/s/ Lawrence J. O'Neill__
                                                    UNITED STATES CHIEF DISTRICT JUDGE